

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-15-00698-CR

James **GLESSNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1379-CR-C
The Honorable William Old, Judge Presiding

# O R D E R

On September 19, 2016, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. The State's brief, or waiver of its right to file an appellee's brief unless appellant files a *pro se* brief, was due to be filed on September 29, 2016. No brief, waiver, or motion for extension of time has been filed. Accordingly, the State is ORDERED to respond **within ten (10) days** from the date of this order by filing either (1) an appellee's brief, or (2) a written waiver of its right to file an appellee's brief unless appellant files a *pro se* brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_____
Keith E. Hottle
Clerk of Court